MN-305

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In RE:

DO, TIEN H,
NGUYEN, ANNA T

Case No. 08-60641
Chapter 7

Debtor(s).

## UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5.00 FOR DEPOSIT TO REGISTRY FUND

Please Check One:

☐  Unclaimed Dividends

☒  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| NORTHERN STATES POWER CO DBA XCEL ENERGY, 3215 COMMERCE ST LA CROSSE, WI 54603 | 7 | 281.81 | 3.93 |
| RECOVERY MANAGEMENT SYSTEMS CORPORATION FOR GE MONEY BANK, DBA JCPENNEY CREDIT, SERVICES, 25 SE 2ND AVE STE 1120 MIAMI, FL 33131 | 11 | 254.58 | 3.55 |

Date:   March 25, 2011

/e/ DAVID G. VELDE
DAVID G. VELDE, Trustee

RECEIVED 11 APR -1 AM 11:20 U.S. BANKRUPTCY COURT ST. PAUL, MN